RECEIVED
IN MONROE, LA
DEC 13 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30020 |
| VERSUS | * | JUDGE JAMES |
| CYNTHIA ANN SINGLETON SIMON | * | MAGISTRATE JUDGE HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Cynthia Ann Singleton Simon, and adjudges her guilty of the offenses charged in Counts One, Two, and Three of the indictment against her, and the obligation to provide restitution to the victims of all counts.

THUS DONE AND SIGNED this _13_ day of _December_, 2007, in Monroe, Louisiana.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION